# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0161.  RANDY EDWARDS v. THE STATE.**

On August 5, 2013, the trial court entered an order denying Randy Edwards's pro se motion to release his attorney due to alleged ineffective assistance of counsel and conflicts of interest.  On October 21, 2013, Edwards filed an application for discretionary appeal in the Supreme Court, which later transferred the application here.  We, however, lack jurisdiction.

First, this application was not timely filed.  An application for discretionary appeal must be filed within 30 days of the entry of the order to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Edwards filed his application 77 days after entry of the order he seeks to appeal.[1]  Thus, the application is untimely.

Second, it appears that Edwards's motion for new trial remains pending in the trial court.  Accordingly, Edwards needed to comply with the interlocutory appeal procedure in order to appeal the order at issue.  OCGA § 5-6-35, the discretionary appeal statute, does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).

For these reasons, we lack jurisdiction to consider this application, which is

---

[1] The application materials do not indicate that Edwards sought or received an extension of time from the Supreme Court to file the application.

hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* <u>12/18/2013</u>
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*